993 F.2d 1535
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
In Re: ANDERSON PLACE ASSOCIATES, a South Carolina
Partnership, Debtor.
Wilford Altman, Plaintiff-Appellant,
and
George Jameson; Britton & Jameson Company, Plaintiffs,
v.
Anderson Place Associates, Defendant-Appellee.
 No. 92-1288
 United States Court of Appeals,
Fourth Circuit.
 Argued: May 5, 1993
Decided: May 24, 1993
 
 Appeal from the United States District Court for the District of South Carolina, at Anderson. Henry M. Herlong, Jr., District Judge. (CA-91-1889-8-20)
 Arthur Camden Lewis, Lewis, Babcock & Hawkins, Columbia, South Carolina, for Appellant.
 William E. S. Robinson, Robinson, Mendoza, Barton, McCarthy & Calloway, Columbia, South Carolina, for Appellee.
 Pete Kulmala, Lewis, Babcock & Hawkins, Columbia, South Carolina, for Appellant.
 William E. Calloway, Robinson, Mendoza, Barton, McCarthy & Calloway, Columbia, South Carolina, for Appellee.
 D.S.C.
 AFFIRMED.
 Before WIDENER and WILKINSON, Circuit Judges, and CLARKE, Senior United States District Judge for the Eastern District of Virginia, sitting by designation. Affirmed by unpublished per curiam opinion.
 PER CURIAM:
 
 OPINION
 
 1
 Upon consideration of the briefs and the record and oral argument in this case, we are of opinion there is no reversible error. The judgment of the district court is accordingly.
 
 
 2
 AFFIRMED.